IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CATHRYN LAFAYETTE, et al,

    Debtor/Appellants

v.

OCWEN MORTGAGE SERVICING, et al

    Appellees

CIVIL ACTION NO.
1:16cv4774-TWT

O R D E R

The Court's order of January 6, 2017 [3] ordered the Appellant to pay the full filing fee within 10 days of the appeal would be dismissed. The filing fee has not been paid. This action is DISMISSED pursuant to Local Rule 41.3 A (2), failure to obey a lawful order of the court.

SO ORDERED, this 24th day of January, 2017.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    UNITED STATES DISTRICT JUDGE

16cv4774 dismissed